**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

IN RE:

                                            CASE NO.   09-34662

       JASON DANIEL BANKS
       JULIE CHRISTINA BANKS
       Debtor(s)                                  CHAPTER 13

---

### ORDER TERMINATING WAGE ORDER

---

IT IS HEREBY ORDERED that

                DEBTOR SUBJECT TO WAGE ORDER: Jason Daniel Banks
                EMPLOYER NAME:  Bonar Plastics
                EMPLOYER ADDRESS:   Attn Tracey Sells Payroll Department 4700 Fremont Lincoln NE  68504

                Shall terminate instanter the deduction from the debtor's, Jason Daniel Banks, wage, which this Court previously ordered.  After audit, the wage order may be reinstated, if the facts warrant the same.

                The clerk of the court is hereby ordered to send a copy of this order to;
                Bonar Plastics
                Attn Tracey Sells Payroll Department 4700 Fremont Lincoln NE  68504

Dated: 12-12-13

                                                     /s/ HARRY C. DEES, JR.
                                                     HARRY C. DEES, JR., JUDGE
                                                     UNITED STATES BANKRUPTCY COURT