UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| JASON DANIEL BANKS ) | Case No. 09-34662 |
| JULIE CHRISTINA BANKS ) | Chapter 13 |
| ) | |
| Debtors ) | |

## ORDER WITHDRAWING CLAIM

At South Bend, Indiana, on    DEC 1 2 2013

Due notice having been given to all interested parties and no objections having been filed, Capital One, N.A. c/o Bass & Associates, PC's request to withdraw claim is granted.

IT IS THEREFORE ORDERED that Claim no. 13-2 filed by Capital One, N.A. c/o Bass & Associates, PC is withdrawn.

_____
HARRY C. DEES, JR.
JUDGE, UNITED STATES BANKRUPTCY COURT